IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

Paul M. Murphy,
Plaintiff,

v

JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (CNMI),

LARISSA LARSON, in her official capacity as the Secretary of the Department of Finance of the COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (CNMI),

Defendants,

Case No.: CV 14-0026

FILED
Clerk
District Court
AUG 26 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MOTION TO WITHDRAW JULY 29TH, 2015 COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF ONLY

NOW COME the Plaintiff, Paul M. Murphy, Pro Se; to withdraw his July 29, 2015, COMPLAINT in response to the Rule 11 "safe harbor" letter.

Dated: August 26, 2015

Respectfully submitted,

By: /s/ Paul Murphy

Paul Murphy
Plaintiff in Pro Persona

Paul M. Murphy
8232 SVRB
Saipan, MP. 96950
Tel. 1-670-484-6136
paul.murphy.officialmail@gmail.com