F I L E D
Clerk
District Court
FEB 02 2017
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>                Plaintiff,<br><br>v.<br><br>ROBERT GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and LARRISA LARSON, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands,<br><br>                Defendants. | Civil Case No. 1:14-cv-00026<br><br>**AMENDED CLERK'S ENTRY OF JUDGMENT** |

      Notice is hereby given that an **AMENDED JUDGMENT** is entered in accordance with the Court's Order Awarding Costs to Plaintiff (ECF No. 115) and in accordance with the Court's Decision and Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment (ECF No. 109) as follows:

1. Judgment is entered in favor of the Commonwealth and against Murphy on the following issues:
   a. Licensing individuals who seek to possess firearms under 6 CMC § 2204;
   b. Storage restrictions on firearms in the home under 6 CMC § 10204(a); and
   c. The ban on large capacity magazines under 6 CMC § 10207(b).

2. Judgment is entered in favor of Murphy and against the Commonwealth on the following issues:
   a. The registration of firearms;
   b. The ban on long gun caliber restrictions above .223;
   c. The ban on the following "assault weapon" attachments to semiautomatic rifles:

        i. a pistol grip under the action of the weapon;
        ii. a thumbhole stock
        iii. a folding or telescoping stock;
        iv. a flare launcher;
        v. a flash suppressor; and
        vi. a forward pistol grip;
    d. The ban on carrying a handgun in public, as implemented in the transportation regulations; and
    e. The $1,000 excise tax on pistols.

3. The Court declared unconstitutional and permanently enjoined Defendants Guerrero and Larson from enforcing the following provisions of the Commonwealth Code:

    a. 6 CMC § 2204, to the extent that it requires the registration of firearms;

    b. 6 CMC § 10208(a)(6), to the extent that it restricts the caliber of long guns;

    c. 6 CMC § 10101(e)(1)(i), to the extent that it defines "assault weapon" to include a semiautomatic rifle in a caliber greater than .223 that has the capacity to accept a detachable magazine and any one of the following:
        i. a pistol grip under the action of the weapon;
        ii. a thumbhole stock;
        iii. a folding or telescoping stock;
        iv. a flare launcher;
        v. a flash suppressor; and
        vi. a forward pistol grip;

    d. 6 CMC § 10206, to the extent that it criminalizes the open carry of a handgun (pistol) in operable use for self-defense outside the home;

    e. 4 CMC § 1402(h), to the extent that a $1,000.00 excise tax is applied to per pistol; and

  f. The last sentence of 4 CMC § 1407(b), to the extent that it is a registration measure that requires customs to withhold imported firearm until or "upon a showing that the firearm has been properly registered." The remaining portion of this statute passes constitutional muster.

4. The court awarded costs to Murphy in the total amount of $480.00 pursuant to Rule 54(d)(1) for clerk's fees ($430) and service fees ($50).

SO ENTERED this 2nd day of February, 2017.

_____
HEATHER L. KENNEDY
Clerk of Court